USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2019

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  **United States v. Cynthia Jordan**
     **19 Cr. 478 (GHW)**

Dear Judge Woods:

    I write, with consent of the Government, to request an adjournment of the sentencing hearing scheduled in the above referenced matter for December 5, 2019. On November 15, 2019, I suffered a death in my immediate family and will be away from the office this week and much of the week of November 25th. As a result, will not be able to file the sentencing submission on behalf of Ms. Jordan as scheduled on November 21, 2019.

    Respectfully, due to the coming holidays, I request that the sentencing be adjourned to a date in late January and the submission dates adjusted accordingly.[1]

    Thank you for your consideration of this matter.

The Court extends its condolences. The sentencing hearing scheduled for December 5, 2019 is adjourned to February 4, 2020 at 4:00 p.m. Defendant's sentencing memorandum is due January 21, 2020; the Government's memorandum is due January 28, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

Sincerely,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Attorney for Cynthia Jordan

SO ORDERED.

Dated: November 19, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge