**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

March 18, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021
```

VIA ECF
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Cynthia Jordan,
        19 Cr. 478 (GHW)**

Dear Judge Woods:

    I write to respectfully request a 30 day postponement of Ms. Jordan's sentence surrender date of April 12, 2021.

    Ms. Jordan is scheduled to receive her second dose of the Moderna COVID-19 vaccine on April 1, 2021. According to the scientific research, it takes a few weeks to develop full immunity after a second vaccination and during that time it is possible to contract COVID-19 and become sick.[1] Ms. Jordan's serious medical conditions place her at a substantially higher risk for severe illness should she contract COVID-19 and she will not have developed full immunity by her current surrender date.

    Therefore, I respectfully request a 30 postponement of Ms. Jordan's surrender date to ensure that she is protected from the virus before she begins service of her sentence.

Application granted. The defendant's surrender date is extended to May 12, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

SO ORDERED.
March 18, 2021

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O: (212) 417-8728
C: (917) 612-3274

CC:   AUSA David Raymond Lewis

---

[1] See https://www.mayoclinic.org/diseases-conditions/coronavirus/in-depth/coronavirus-vaccine/art-20484859#:~:text=Keep%20in%20mind%20that%20it,or%20after%20being%20vaccinated..