# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**     May 3, 2021

VIA ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

Re:  United States v. Cynthia Jordan,
     19 Cr. 478 (GHW)

Dear Judge Woods:

On February 4, 2020, the Court sentenced Ms. Jordan to a term of imprisonment of one year and one day plus a term of supervised release of three years. The Court granted her request to surrender for service of that sentence on May 4, 2020. On three occasions, the Court extended the surrender date in light of concerns over the serious risks to Ms. Jordan's health due to the dangers associated with COVID-19. I now write to respectfully request a fourth extension of the surrender date currently scheduled for May 12, 2021, in light of a recent medical diagnosis that requires immediate and specialized treatment.



████████████████████ This critical level of care and treatment will not be available at a BOP facility and incarceration at this time will place Ms. Jordan's health at serious risk.

For the foregoing reasons, I respectfully request that the Court postpone Ms. Jordan's surrender date for 6 months.

Respectfully submitted,

/s/ Amy Gallicchio

_____

Amy Gallicchio, Esq.
Assistant Federal Defender
Office: (212) 417-8728
Mobile: (917) 612-3274

CC: AUSA David Raymond Lewis

Application granted. The defendant's surrender date is extended to November 8, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 47

SO ORDERED.

Dated: May 11, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge