U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

# MEMORANDUM ENDORSED

November 2, 2021

<u>**By ECF**</u>

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <b>United States v. Cynthia Jordan</b><br><u><b>19 Cr. 478 (GHW)</b></u>

Dear Judge Woods:

    The Government respectfully writes to request that the Court vacate the order setting November 8, 2021, as the surrender date for the defendant Cynthia Jordan in the above-referenced case, on the ground that Ms. Jordan has died. A redacted death certificate is attached.

    The Court will recall that the defendant was sentenced in February 2020 to a year and a day in prison, along with forfeiture and restitution. Since then, the defendant's surrender date was repeatedly adjourned based on health concerns related to the COVID pandemic. Since the last adjournment, defense counsel informed the Government of Ms. Jordan's death, and provided the attached death certificate.

    Please let us know if the Court would like any additional information.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _/S/_____
David Raymond Lewis
Assistant United States Attorney
(212) 637-2397

cc:    Amy Gallicchio, Esq. (by ECF)

Application granted. The Court's order directing that the defendant surrender on November 8, 2021 is vacated.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.

Dated: November 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge